No. 83
GALLETTI v. BAY STATE MILLING CO.
Ohio Appeals, 8th Dist., Cuyahoga Co.
No. 5084. Decided June 2, 1924.
Middleton, P. J., Sayre and Mauck, 4th Dist., sitting.

**891. PARTNERSHIP—Individual's name on truck, and license issued in individual's name go to show that one did not exist.**

BY THE COURT.

### Epitomized Opinion
Published only in Ohio Law Abstract

This action was brought in the Cleveland Municipal Court by the Milling Co. against Galletti, engaged at the time in the trucking business. Galletti was sued as owner, but he avers that he was merely a member of a partnership.

The Court of Appeals in affirming the judgment of the lower court said, that where, as in this case, it is conclusively shown that license to do business was issued in Galletti's name, that his name was painted on the delivery truck he used, and, that he signed orders for flour involved in this case, are facts which speak for themselves and are of greater probative force than mere oral negative testimony.

Attorneys—Nuccio & Romano, for Galletti; Leo M. Ulmer, for Milling Co.; all of Cleveland.

No. 84
CRISSINGER v. NORTHUP
Ohio Appeals, 3rd Dist., Allen Co.
No. 401. Decided Nov. 20, 1924

**205. CANCELLATION OF INSTRUMENTS—Action for cancellation of note and mortgage is equitable and triable without jury.**

WARDEN, J.

### Epitomized Opinion
Published only in Ohio Law Abstract

Action on promissory note to which answer and cross-petition was filed by Northrup praying for the cancellation of the note and mortgage securing same. The trial court dispensed with a jury and the matter was thereupon tried to the court and a judgment was rendered in favor of the defendants. On error the court of appeals affirmed the judgment, holding:

1. That the relief sought by the defendants for the cancellation of the note and mortgage is clearly equitable in its nature and comes squarely under Baker v. Laver, et al, 84 Ohio St. 475, and therefore there was no error in the ruling of the court dispensing with a jury in the trial of the issue by the court.

Attorneys—A. M. Rodgers, Neil R. Poling, for Crissinger; Quail & Kirk, J. K. Rockey, for Northrup; all of Lima.